FILED
2026 Nov-16 PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:25-cr-633-LCB-HNJ-2** |
| | ) | |
| **MICHAEL JAMES EDWARD BUTLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On October 20, 2026, a Change of Plea Hearing was held in the above case by Magistrate Judge Herman N. Johnson, Jr. A Report and Recommendation was filed on October 22, 2026, recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED** and the guilty plea is **ACCEPTED.**

**DONE** and **ORDERED** this November 16, 2026.

LILES C. BURKE
UNITED STATES DISTRICT JUDGE